U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN 16 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AARON R. FINCHER** | : | **DOCKET NO. 04-1259** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **KANSAS CITY SOUTHERN RAILWAY CO., ET AL** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

**IT IS ORDERED** that the trial by jury of this matter currently scheduled for February 23, 2009, be held before the undersigned at the U.S. Courthouse, 515 Murray St., Alexandria, Louisiana, beginning at 9:00 A.M.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16th day of January, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE