IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| AARON R. FINCHER § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 2:04-CV-1259 |
| § | JUDGE TRIMBLE |
| KANSAS CITY SOUTHERN § | MAGISTRATE JUDGE WILSON |
| RAILWAY COMPANY § | |
| § | |
| Defendant § | |

**PLAINTIFF, AARON R. FINCHER'S OBJECTION TO INTRA-DISTRICT TRANSFER AND MOTION TO RECONSIDER ORDER OF INTRA-DISTRICT TRANSFER**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, AARON R. FINCHER, Plaintiff in the above-numbered and entitled cause, and enters his objection to the court's January 16, 2009 order transferring the above-numbered cause to the Western District of Louisiana Alexandria Division and alternatively moves the Court to reconsider its entry of the intra-district transfer order.

This cause of action arises out of severe and disabling injuries sustained by Plaintiff, Aaron Fincher, caused by the negligence of Defendant, Kansas City Southern Railway Company in Vernon Parish outside of Leesville, Louisiana.

The Court had previously set trial for February 23, 2009 in the Lake Charles Division of the Western District of Louisiana. (See Court's Order dated September 17, 2008).

In accordance with this Court's Order, a telephonic conference was held on January 16, 2009. At said conference the court entered an order setting trial at the U.S. Courthouse in Alexandria Louisiana. (See Court's Order dated January 16, 2009).

The Court's order on January 16, 2009 effectively transferred the above referenced cause to

the Alexandria Division of the Western District of Louisiana from the Lake Charles Division. Plaintiff objects to the transfer of this cause to the Western District of Louisiana Alexandria Division.

Intra-district transfer of the above-numbered cause was improper. There was no motion or evidence before the Court relating to a transfer pursuant to 28 U.S.C. §1404, therefore no moving party to present evidence and carry the burden associated with intra-district transfer.

Even if the Court determined that a motion to transfer was properly before the Court, transferring the above-numbered cause out of the Lake Charles Division is an abuse of discretion based on recent Fifth Circuit rulings. The incident occurred in the Lake Charles Division of the Western District of Louisiana.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that this Motion be granted and an appropriate Order of this Court entered pursuant hereon.

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY
LAW FIRM

/s/ Laureen F. Bagley
JOHN D. SLOAN, JR.
Texas State Bar No. 18505100
*Admitted Pro Hac Vice - ID No. 910611*
ATTORNEY-IN-CHARGE
Laureen F. Bagley
ASSOCIATE COUNSEL
Louisiana State Bar No. 17452
101 East Whaley Street
P. O. Drawer 2909
Longview, Texas 75606-2909
Telephone:    (903) 757-7000
Facsimile:    (903) 757-7574

        LEXLEE OVERTON JOHNSON
        Attorney at Law
        LOCAL COUNSEL
        Louisiana State Bar No. 23148
        8680 Bluebonnet Blvd., Suite F
        Baton Rouge, LA 70810
        Telephone:   (225) 761-7272
        Facsimile:   (225) 769-7183
        COUNSEL FOR PLAINTIFF,
        AARON FINCHER

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of January, 2009 a true and correct copy of this document was sent by certified mail, return receipt requested to the following:

Bobby Gilliam
Wilkinson, Carmody & Gilliam
400 Travis Street, Suite 1700
Shreveport, LA 71166-1707

Paul Wickes
Hunton & Williams
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, Texas 75201


        /s/ Laureen F. Bagley
        LAUREEN F. BAGLEY